# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No. 14-438 |
| | : | |
| MICHAEL CERRUTI | : | |

## **ORDER**

**AND NOW**, this 16th day of February, 2021, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the defendant's Motion for Release Pending Disposition is **DENIED**. The defendant shall remain in custody until disposition of the alleged supervised release violations.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.